UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMY RYNTZ and ASHLEE SCHOEN,

    Plaintiff,

v.

WARREN CONSOLIDATED
SCHOOLS,

    Defendant.

Case No. 23-11707
Honorable Laurie J. Michelson
Magistrate Judge Anthony P. Patti

## SCHEDULING ORDER

This civil case having come before the Court pursuant to Federal Rule of Civil Procedure 16 and the parties having submitted a proposed discovery plan, the Court enters the following schedule to manage the progress of the case:

| EVENT[1] | DEADLINE |
|---|---|
| Amendment of Pleadings | Per Federal Rule of Civil Procedure 15 |
| Interim Status Conference[2] | March 4, 2024, at 3 pm |
| Lay Witness Lists Filed | April 4, 2024 |
| Fact Discovery Completed By | June 4, 2024 |
| Dispositive Motions Filed By | July 8, 2024 |
| Joint Proposed Final Pretrial Order (and pretrial submissions) | December 18, 2024 |
| Final Pretrial Conference | January 3, 2025, at 11 am |
| Jury Trial | January 10, 2025 |
| Estimated Length of Trial | Two weeks |

---

[1] For any events not listed on the Scheduling Order, please refer to Federal Rule of Civil Procedure 26.

[2] To participate in the conference, dial into the Eastern District of Michigan's telephone conference system at (313) 261-7355. The system will then provide directions for joining the call; when asked for a Conference ID, use 208 151 886. If possible, please refrain from participating in the conference on a cell phone.

As this case progresses, the parties are to continually review this Court's Case Management Requirements found at ECF No. 3.

SO ORDERED.

Dated: December 5, 2023

s/Laurie J. Michelson  
LAURIE J. MICHELSON  
UNITED STATES DISTRICT JUDGE
